IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ADI LIQUIDATION, INC. | : | Case No. 14-12092 (KJC) |
| | : | BAP No. 17-29 |
| Debtor. | : | |
| | : | |
| BIMBO BAKERIES USA, INC. | : | C.A. No. 17-903 GMS |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| AW LIQUIDATION, INC. | : | |
| | : | |
| Appellee. | : | |

ORDER

At Wilmington this 9th day of August, 2017, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 5);

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **September 12, 2017.**

_____
UNITED STATES DISTRICT JUDGE